**No. 09-10244. Michael L. Gore, Petitioner v. United States.**

560 U.S. 918, 130 S. Ct. 3309, 176 L. Ed. 2d 1209, 2010 U.S. LEXIS 4105.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 592 F.3d 489.

**No. 09-10248. Ronald Dawson, Petitioner v. United States.**

560 U.S. 918, 130 S. Ct. 3309, 176 L. Ed. 2d 1209, 2010 U.S. LEXIS 4113.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 352 Fed. Appx. 823.

**No. 09-820. Mary D. Sharp, Petitioner v. United States, et al.**

560 U.S. 918, 130 S. Ct. 3273, 176 L. Ed. 2d 1209, 2010 U.S. LEXIS 4089.

May 17, 2010. Motion of Bay Planning Coalition, et al. for leave to file a brief as amici curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 583 F.3d 1174.

**No. 09-889. Daniel M. Zachem, Petitioner v. Peter James Atherton.**

560 U.S. 918, 130 S. Ct. 3275, 176 L. Ed. 2d 1209, 2010 U.S. LEXIS 4106.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 386 U.S. App. D.C. 144, 567 F.3d 672.

**No. 09-901. Cablevision Systems Corporation, Petitioner v. Federal Communications Commission, et al.**

560 U.S. 918, 130 S. Ct. 3275, 176 L. Ed. 2d 1209, 2010 U.S. LEXIS 4118.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 570 F.3d 83.

**No. 09-1059. Electronic Trading Group, LLC, Petitioner v. Banc of America Securities LLC, et al.**

560 U.S. 919, 130 S. Ct. 3276, 176 L. Ed. 2d 1209, 2010 U.S. LEXIS 4102.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 588 F.3d 128.

**No. 09-1193. Robert A. Levy, et ux., Petitioners v. William A. Englund.**

560 U.S. 906, 130 S. Ct. 3297, 176 L. Ed. 2d 1209, 2010 U.S. LEXIS 3889.

May 17, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.